IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| BARBARO NOGUERAS | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO.2:05-CV-876-T |
| SCOTT A. MIDDLEBROOKS | * |
| Respondent. | * |

_____

**ORDER**

It is **ORDERED** that Petitioner is GRANTED leave to proceed *in forma pauperis*.

Done this 20th day of September 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE