IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION



BARBARO NOGUERAS,

    Petitioner,

v.                          CASE NO. 2:05-CV-876-T(WO)

SCOTT A. MIDDLEBROOKS,

    Repondent.

_____/

## PETITIONER'S MOTION FOR LEAVE TO FILE BELATED OBJECTIONS TO THE MAGISTRATE'S REPORT

COMES NOW, the above named petitioner, pro se, and respectfully files this motion before this Honorable Court in the interest of justice and petitioner's constitutional right to "due Process" as guaranteed by the Fifth Amendment to the United States Constitution.

1. Petitioner did not receive the Magistrate's Report until September 28, 2005. Petitioner had ten days in which to respond to file his objections to the Magistrate's Report. However, petitioner was unable to comply with the aforementioned deadline as result of the BOP's late delivery of the Magistrate's Report.

2. Petitioner is not willing to wave the filing of his objections to the Report. Petitioner has a due process right to file his objections to the Magistrate's Report. Petitioner is not to be held liable for the BOP's careless handling of

petitioner's legal mail, which was delivered with regular mail.

3. Petitioner has prepared the accompanying objections to the Magistrate's Report in a timely fashion, consistent with the date in which his legal mail was delivered thereby, exercising due diligence.

## CONCLUSION

For the foregoing reasons petitioner prays of this Honorable Court to grant this motion and thereby, treat Petitioner's Objections to the Magistrate's Report as timely filed.

October 5, 2005                                    Respectfully submitted,

_____
Barbaro Nogueras, pro se.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing legal instrument was served on this 5th day of October, 2005, to: United States Attorney's Office, Leura G. Canary, U.S. Attorney, P.O. Box 197, Montgomery, AL 36101-0197, and to Scott A. Middlebrooks, Warden (i.e. Respondent), Federal Prison Camp Montgomery, Maxwell Air Force Base, Montgomery, AL 36112. The service was conducted via first class mail by depositing same in the F.P.C. Montgomery's mail box designated for legal mail only. this certificate of service is submitted pursuant to 28 U.S.C. §1746.

_____

Barbaro Nogueras, pro se.