IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BARBARO NOGUERAS                    *

    Petitioner,                      *

    v.                               *  CIVIL ACTION NO.2:05-CV-876-T

SCOTT A. MIDDLEBROOKS               *

    Respondent.                      *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File Belated Objections

(Doc. No. 5), and for good cause, it is

ORDERED that the motion is GRANTED.

Done this 12th day of October 2005.

                         **/s/ Delores R. Boyd**
                         DELORES R. BOYD
                         UNITED STATES MAGISTRATE JUDGE