IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARO NOGUERAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:05-CV-876-T |
| | )        WO |
| SCOTT A. MIDDLEBROOKS, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On October 20, 2005 (Doc. 8), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That the Petitioner's motion for a preliminary injunction (Doc. 2), be and is hereby DENIED; and

3. That this case be and is hereby referred back to the Magistrate Judge for further proceedings.

Done this the 18th day of November, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

Case 2:05-cv-00876-MHT-DRB    Document 9    Filed 11/18/2005    Page 2 of 2