IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARO NOGUERAS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv876-T |
| | ) | (WO) |
| SCOTT A. MIDDLEBROOKS, | ) | |
| Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C.A. § 2241, petitioner, a federal inmate, filed this lawsuit challenging the Federal Bureau of Prisons' refusal to give him a sentence reduction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioners petition be dismissed without prejudice because petitioner has failed to exhaust his administrative remedies. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court

concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2005.


                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE